■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRYAN MOLINA, Appellant. [758 NYS2d 812] —Judgment, Supreme Court, New York County (Harold Beeler, J.), rendered December 13, 2000, convicting defendant, upon his guilty plea, of sodomy in the first degree (five counts), sexual abuse in the

first degree (two counts), and endangering the welfare of a child, and sentencing him to an aggregate term of 3 to 6 years, unanimously affirmed.

The court properly exercised its discretion in denying defendant youthful offender treatment (*see People v Cruickshank*, 105 AD2d 325, 334 [1985], *affd* 67 NY2d 625 [1986]), where he violated the terms of his presentencing release by continuing his use of marijuana, being arrested on new charges and by failing to attend a treatment program as required. We perceive no basis for reducing the sentence. Concur—Nardelli, J.P., Sullivan, Rosenberger, Wallach and Gonzalez, JJ.